Argued and submitted March 31, reversed and remanded April 27, 1988

## STATE OF OREGON,
*Appellant,*

*v.*

## ROBERT FRANCIS HAHN and
## TODD PATRICK HURLEY,
*Respondents.*

(87-0630-B-C-1, 87-0630-C-C-1; CA A44584)

752 P2d 1310

Frank Gruber, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for respondents. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and Graber, Judges.

PER CURIAM

## PER CURIAM

Reversed and remanded. *State v. Flores,* 68 Or App 617, 685 P2d 999, *rev den* 298 Or 151 (1984); *see also State v. Cole/Hood,* 87 Or App 93, 741 P2d 525, *rev den* 304 Or 280 (1987).